FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JASON WILLIAM CATHCART,<br><br>    Defendant. | NO. 1:16-cr-02044-SAB<br><br>**ORDER GRANTING MOTION TO REDACT TRANSCRIPT** |

Before the Court is the Government's Motion for Redaction/Sealing, ECF No. 61. The motion was heard without oral argument on an expedited basis.

The Court held a suppression hearing on June 13, 2018. ECF No. 41. The Court subsequently granted Defendant's motion to suppress and a transcript was requested. The Government filed a Notice of Intent to Request Redaction, ECF No. 56, and Transcript Redaction Request, ECF No. 60, identifying portions of the transcript it wishes to be redacted. Defendant does not oppose the motion. The Court finds good cause to grant the Government's motion to redact portions of the suppression hearing transcript and orders the transcript redacted as is consistent with the portions identified in the Government's Transcript Redaction Request, ECF No. 60.

//
//
//
//
//

**ORDER GRANTING MOTION TO REDACT TRANSCRIPT** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Redaction/Sealing, ECF No. 61, is **GRANTED**.

2. The suppression hearing transcript shall be redacted as is consistent with the portions identified in the Government's Transcript Redaction Request, ECF No. 60.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and Official Court Reporter Allison R. Stovall.

**DATED** this 27th day of August 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO REDACT TRANSCRIPT** + 2