Jeremy B. Sporn
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>JASON W. CATHCART,<br><br>　　　　　Defendant. | Case No. 1:16-cr-2044-SAB<br><br>**Declaration of Jeremy B. Sporn** |
|---|---|

　　　Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the following is true and correct:

1. I am counsel of record for Mr. Cathcart, who is pending sentencing on May 10, 2021.

2. On November 4, 2020, I electronically filed a sentencing memorandum on behalf of the defendant, which included Exhibit A.

3. Attached as Exhibit B is an additional letter from Mr. Cathcart himself for the Court's consideration in connection with sentencing.

Declaration of Jeremy B. Sporn

Dated: April 27, 2021

>Respectfully Submitted,
>
>S/Jeremy B. Sporn
>Jeremy B. Sporn, NY 4779310
>Attorneys for Jason W. Cathcart
>Federal Defenders of
>Eastern Washington and Idaho
>306 East Chestnut Avenue
>Yakima, Washington 98901
>(509) 248-8920
>Email: Jeremy_Sporn@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Ian L. Garriques, Assistant United States Attorney.

<u>S/Jeremy B. Sporn</u>
Jeremy B. Sporn, NY 4779310
Attorneys for Jason W. Cathcart
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118
Email:  Jeremy_Sporn@fd.org