# EXHIBIT B

(PROPOSED UNDER SEAL)

USA vs. Jason W. Cathcart
1:16-CR-2044-SAB
EXHIBIT B